IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 16  P 3: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

TIG INSURANCE COMPANY,
 Plaintiff,
v.

JON CONANT, HILDA AYER ANDERSON,
and THE AYER-ANDERSON FOUNDATION
 Defendants.

No. 1:04-CV-12113-RGS

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, TIG Insurance Company ("TIG"), by undersigned counsel, hereby dismisses without prejudice the above-captioned action, and all claims and causes asserted therein, as to all defendants.

Respectfully submitted,

Steven J. Bolotin, BBO#564085
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-737-8878
Fax: 617-342-4943

Counsel for TIG

## CERTIFICATE OF SERVICE

I hereby certify that, on this /6 day of February 2005, a true and correct copy of the foregoing Notice of Dismissal Without Prejudice was served by first-class mail, postage pre-paid, on the following:

Joel G. Beckman, Esq.
Nystrom Beckman & Paris LLP
10 St. James Avenue, 16th Floor
Boston, MA 02116

William H. Harris, Esq.
William Harris, PC
86 Dodge Street
Beverly, MA 01915

Thomas M. Neville, Esq.
Segalini & Neville
411 Waverly Oaks Road
Waltham, MA 02452

Steven J. Bolotin